IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK G. FISCHER, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARPENTERS PENSION AND ANNUITY | : | |
| FUND OF PHILADELPHIA AND | : | |
| VICINITY | : | NO. 10-3048 |

# ORDER

**AND NOW**, this 23rd day of February, 2012, after a nonjury trial on December 12, 2011, and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on Plaintiff's breach of fiduciary duty claim, which is the only claim remaining in this case.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.